FILED
2019 Oct-04 PM 04:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| LYNCOLN DANGLAR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DHS/ICE and JONATHON HORTON, ) <br> ) <br> Defendants. ) | Case No.: 4:19-cv-00789-CLM-JHE |

### ORDER

On August 20, 2019, the undersigned ordered the plaintiff to either pay the filing fee of $400.00 or file an application to proceed *in forma pauperis* within thirty days. (Doc. 11). The undersigned warned the plaintiff that failure to comply with the order within thirty days may result in dismissal of the case for want of prosecution. (*Id.* at 1). On September 26, 2019, the undersigned entered a report recommending that this action be dismissed without prejudice for the plaintiff's failure to prosecute. (Doc. 12).

On October 1, 2019, the plaintiff filed an application to proceed *in forma pauperis*. (Doc. 13). Accordingly, the undersigned **WITHDRAWS** his report recommending dismissal of this action for the plaintiff's failure to prosecute.

Having considered the information provided in the plaintiff's motion to proceed *in forma pauperis*, the undersigned **GRANTS** the application. The Clerk is **DIRECTED** to file this action without prepayment of a fee. The plaintiff should note that his complaint is currently under review and service will not begin until initial screening is complete.[1]

---

[1] When a plaintiff is granted *in forma pauperis* status, a court is required to review the plaintiff's complaint and dismiss it *sua sponte* if it is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

DONE this 4th day of October, 2019.

                                          _____
                                          **JOHN H. ENGLAND, III**
                                          UNITED STATES MAGISTRATE JUDGE