# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| LYNCOLN DANGLAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  4:19-cv-00789-CLM-JHE |
| ) | |
| THOMAS D. HOMAN and MR. ) | |
| FREEMAN, ) | |
| ) | |
| Defendants. | |

## MEMORANDUM OPINION

The Magistrate Judge entered a report on May 14, 2021, recommending this action be dismissed without prejudice based on Plaintiff Lyncoln Danglar's failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  (Doc. 22).  Although the Magistrate Judge advised Danglar of his right to file specific written objections within 14 days (*see id.* at 10-11), the court has not received any objections.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the

---

[1] On June 1, 2021, the United States Postal Service returned a copy of the Report and Recommendation that was sent to a former plaintiff, Jermaine Neufville, as "not deliverable as addressed."  (Doc. 23).  On June 8, 2021, the United States Postal Service returned a copy of the Report and Recommendation that was sent to former plaintiff, Armando Carpio, as returned to sender because he has been released. (Doc. 24).   Neufville and Carpio are no longer parties to this action and were inadvertently sent copies of the Report and Recommendation.

Magistrate Judge's report and **ACCEPTS** his recommendation. Therefore, in accordance with 28 U.S.C. § 1915(e)(2)(B)(ii), this action is due to be dismissed without prejudice for failing to state a claim upon which relief may be granted.

A Final Judgment will be entered.

**DONE** on June 17, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE